United States District Court
Southern District of Texas
**ENTERED**
July 30, 2020
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIAM THOMAS WEBB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19-0323 |
| | § | |
| COUNTY OF GALVESTON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff William Thomas Webb filed this case while incarcerated in the Galveston County Jail.  He proceeds *pro se* and *in forma pauperis*.  On June 15, 2020, the court issued an order for Webb to submit a more definite statement of his remaining claims.  *See* Dkt. 12.  The order warned Webb that failure to submit his more definite statement within 30 days could lead to dismissal under Federal Rule of Civil Procedure 41(b).

Webb's deadline for compliance was July 15, 2020.  To date, Webb has not submitted his more definite statement as required. Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). However, relief from this order may be granted if Webb makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure.   At a

minimum, a proper showing under Rule 60(b) includes submission of a more definite statement as previously instructed.

The court orders that this case is dismissed without prejudice.  All pending motions, if any, are denied as moot.

The Clerk will provide a copy of this order to the plaintiff.

Signed on Galveston Island this 30th day of _____July_____, 2020.


_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE